**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edmund Mazyck Thomas              James Craig Stevens
Attorney at Law                          Attorney at Law
6104 Line Avenue, Ste 4              4335 Richmond Avenue
Shreveport LA 71106                     Shreveport TX 71106

**REHEARING ACTION: April 20, 2011**

**Docket Number: 10   00867-CA**

**JOHN D. JEANE, JR., ET AL.**
**VERSUS**
**BYRD REGIONAL HOSPITAL, ET AL.**

**Appealed from Vernon Parish Case No. 75,746, Div. A**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John D. Jeane, Jr., et al** has this day been

    **DENIED.**
    Genovese, J., would grant rehearing.

cc: Richard Lyons Weil, Counsel for the Appellee